UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| HYUNDAI MOTOR AMERICA CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>EFN WEST PALM MOTOR SALES, LLC,<br><br>Defendant/Counterclaim Plaintiff/Third-Party Plaintiff<br><br>　　　　and<br><br>GENE KHAYTIN; ERNESTO REVUELTA; EDWARD W. NAPLETON; GEOVANNY PELAYO, JORGE RUIZ,<br><br>　　　　Defendants.<br><br>EFN WEST PALM MOTOR SALES, LLC;<br><br>for itself and in the name of the Department of Highway Safety and Motor Vehicles of the State of Florida, for its use and benefit,<br><br>　　　　Counterclaim-Plaintiff/Third-Party Plaintiff,<br><br>　　　　v.<br><br>HYUNDAI MOTOR AMERICA CORPORATION,<br><br>　　　　Counterclaim-Defendant,<br><br>　　　　AND<br><br>HYUNDAI MOTOR COMPANY,<br><br>　　　　Third-Party Defendant. | Case No. 9:20-cv-82102-WM |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO CERTAIN COUNTERCLAIMS AND AS TO THIRD-PARTY DEFENDANT HYUNDAI MOTOR COMPANY**

Defendant/Counterclaim-Plaintiff EFN West Palm Motor Sales, LLC ("West Palm"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby voluntarily dismisses its

counterclaim/third-party claim arising under the Robinson-Patman Act (Count IV) with prejudice, the parties to bear their respective costs and expenses of the litigation with respect to this claim. West Palm also voluntarily dismisses with prejudice all third-party claims against Hyundai Motor Company. This dismissal is without prejudice to any of the remaining counterclaims that West Palm has brought against Hyundai Motor America Corp. ("HMA"), or any claims that West Palm may bring against HMA or Hyundai Motor Company for acts undertaken after the date of this Stipulation.

Respectfully submitted this 30th of November, 2022.

| | |
|---|---|
| **ARENTFOX SCHIFF LLP**<br><br>By: ___/s/ Charles A. Gallaer___<br>Russell P. McRory (*pro hac vice*)<br>Michael P. McMahan (*pro hac vice*)<br>Charles A. Gallaer<br>Daisy M. Sexton (*pro hac vice*)<br>1301 Avenue of the Americas, Fl. 42<br>New York, NY 10019<br>Tel: (212) 484-3900<br>russell.mcrory@afslaw.com<br>michael.mcmahan@afslaw.com<br>charles.gallaer@afslaw.com<br>daisy.sexton@afslaw.com<br><br>Taniel E. Anderson (*pro hac vice*)<br>1717 K Street, NW<br>Washington, DC 20006<br>Tel: (202) 857-6000<br>taniel.anderson@afslaw.com<br><br>*Attorneys for Defendants/Counterclaim-Plaintiff*<br><br>Of Counsel:<br>Leslie Stracher, Esq. (FLB #340091)<br>General Counsel<br>Napleton Automotive Group<br>1 Oakbrook Terrace, Suite 600<br>Oakbrook Terrace, IL 60181<br>Tel: (630) 530-3955<br><br>*Counsel for Defendants EFN West Palm Motor Sales, LLC and Edward W. Napleton* | **BILZIN SUMBERG BAENA PRICE & AXELROD LLP**<br><br>By: ___/s/ Mitchell Widom___<br>Mitchell Widom, Esq.<br>Shalia Sakona, Esq.<br>1450 Brickell Avenue, 23rd Fl.<br>Miami, FL 33131<br>Tel: (305) 375-6127<br>Fax: (305) 351-2265<br><br>**BOWMAN AND BROOKE LLP**<br><br>Joel H. Smith (*pro hac vice*)<br>Tel: (202) 857-6000<br>Kevin J. Malloy, Esq. (*pro hac vice*)<br>1441 Main Street, Suite 1200<br>Columbia, SC 29201-2897<br>Tel: (803) 726-7420<br>Fax: (803) 726-7421<br><br>**NELSON MULLINS BROAD & CASSEL**<br><br>James Andrew Bertron, Jr. (FLB #982849)<br>Ginger Barry Boyd (FLB #294550)<br>215 S. Monroe Street, Suite 400<br>Tallahassee, FL 32301<br>Tel: (850) 907-2507<br>Fax: (850) 681-9792<br><br>**BOWMAN AND BROOKE LLP**<br><br>Robert J. Rudock, Esq. (FLB #365157)<br>Loren W. Fender, Esq. (FLB #553921)<br>Two Alhambra Plaza, Suite 800<br>Miami, FL 33134-5214<br>Tel: (305) 995-5600<br>Fax: (305) 995-6100<br><br>*Attorneys for Plaintiff/Counterclaim Defendant Hyundai Motor America* |

*To: All counsel of record via ECF*