UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CIVIL NO. 20-82102-MATTHEWMAN

HYUNDAI MOTOR AMERICA CORPORATION,

    Plaintiff,

vs.

EFN WEST PALM MOTOR SALES LLC, *et al*.,

    Defendants.

_____/

**HMA'S NOTICE OF FILING ITS UPDATED VERDICT FORM**

Per the Court's instruction on January 13, 2023, Hyundai Motor America Corporation ("HMA"), by and through undersigned counsel, hereby gives notice of filing HMA's updated proposed verdict form, attached as **Exhibit 1**. In submitting this proposed verdict form, HMA does not waive its objections to the jury being instructed on the unclean hands affirmative defense. Rather, the affirmative defense is included on the proposed verdict form to be utilized only in the event the Court overrules HMA's objections to the unclean hands affirmative defense.

Dated: January 16, 2023.

                                                          Respectfully submitted,

                                                          */s/ Mitchell E. Widom*
                                                          **BILZIN SUMBERG BAENA**
                                                          **PRICE & AXELROD LLP**
                                                          1450 Brickell Avenue, Suite 2300
                                                          Miami, Florida 33131
                                                          Telephone: 305-374-7580
                                                          Facsimile: 305-374-7593
                                                          Mitchell E. Widom, FBN 473911
                                                          mwidom@bilzin.com
                                                          Raquel M. Fernandez, FBN 55069
                                                          rfernandez@bilzin.com
                                                          Shalia Sakona, FBN 107398

1

ssakona@bilzin.com
etrujillo@bilzin.com
asolis@bilzin.com
eservice@bilzin.com

Loren W. Fender, Esq.
Fla Bar No. 553921
loren.fender@bowmanandbrooke.com
**Bowman and Brooke LLP**
Two Alhambra Plaza, Suite 800
Miami, FL 33134-5214
Tel: (305) 995-5600
Fax: (305) 995-6100

Joel H. Smith (*pro hac vice*)
joel.smith@bowmanandbrooke.com
Kevin J. Malloy, Esq. (*pro hac vice*)
kevin.malloy@bowmanandbrooke.com
**Bowman and Brooke LLP**
1441 Main Street, Suite 1200
Columbia, SC 29201-2897
Tel. (803) 726-7420
Fax: (803) 726-7421

James Andrew Bertron, Jr.
Andy.bertron@nelsonmullins.com
Fla Bar No. 982849
Ginger Barry Boyd
Fla Bar No. 294550
ginger.boyd@nelsonmullins.com
**Nelson Mullins Riley & Scarborough LLP**
215 S. Monroe Street, Suite 400
Tallahassee, FL 32301
Tel. (850) 681-6810
Fax. (850) 681-9792

Christopher C. Genovese (*pro hac vice*)
chris.genovese@nelsonmullins.com
**Nelson Mullins Riley & Scarborough LLP**
1320 Main Street, 17th Floor
Columbia, SC 29201
Tel. (803) 799-2000
Fax. (803) 256-7500

*Counsel for Plaintiff Hyundai Motor America Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: */s/ Mitchell E. Widom*
Mitchell E. Widom