UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| HYUNDAI MOTOR AMERICA CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>EFN WEST PALM MOTOR SALES, LLC,<br><br>    Defendant/Counterclaim<br>    Plaintiff/Third-Party Plaintiff<br><br>GENE KHAYTIN; ERNESTO REVUELTA;<br>EDWARD W. NAPLETON; GEOVANNY PELAYO,<br>JORGE RUIZ,<br><br>    Defendants.<br><br>EFN WEST PALM MOTOR SALES, LLC;<br>for itself and in the name of the Department of Highway Safety and Motor Vehicles of the State of Florida, for its use and benefit,<br><br>    Counterclaim-Plaintiff/Third-Party<br>    Plaintiff. | Case No. 9:20-cv-82102-WM |

**DEFENDANTS' NOTICE OF FILING SECOND UPDATED PROPOSED VERDICT FORM**

Defendants hereby give notice of filing their second updated verdict form (attached hereto as Exhibit 1).

Dated: January 16, 2023

ARENTFOX SCHIFF LLP

By: ___/s/ Charles A. Gallaer___
Charles A. Gallaer, Esq.
Russell P. McRory (*pro hac vice*)
Michael P. McMahan (*pro hac vice*)
Brian Farkas (*pro hac vice*)
Daisy Sexton (*pro hac vice*)
Shayshari Potter (*pro hac vice*)
1301 Avenue of the Americas, Fl. 42
New York, NY 10019
Tel: (212) 484-3900

Taniel E. Anderson (*pro hac vice*)
Morgan R. Pankow (*pro hac vice*)
1717 K Street, NW
Washington, DC 20006
Tel: (202) 857-6000

*Attorneys for Defendants*

Of Counsel:

Leslie Stracher, Esq. (Fla. Bar No. 340091)
General Counsel
Napleton Automotive Group
1 Oakbrook Terrace, Suite 600
Oakbrook Terrace, IL 60181
Tel: (630) 530-3955

*Of Counsel to Napleton Defendants*

*To: All counsel of record via ECF*

### CERTIFICATE OF GOOD FAITH CONFERENCE: CONFERRED BUT UNABLE TO RESOLVE ISSUES PRESENTED IN THE MOTION

Under Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good-faith effort to resolve the issues but has been unable to resolve the issues.

By: __/s/    Charles A. Gallaer__
Charles A. Gallaer, Esq.