# EXHIBIT 1

## VERDICT FORM REGARDING HYUNDAI'S CLAIMS

### COUNT I: Fraud

**Do you find from a <u>preponderance</u> of the evidence:**

1(a).   That Defendants below committed fraud against Hyundai?

| | | |
|---|---|---|
| "Gene" Khaytin | [YES] _____ | [NO] _____ |
| "Eddie" Napleton | [YES] _____ | [NO] _____ |
| "Geo" Pelayo | [YES] _____ | [NO] _____ |
| "Ernie" Revuelta | [YES] _____ | [NO] _____ |
| Jorge Ruiz | [YES] _____ | [NO] _____ |

**[If you answered "NO" for <u>all</u> Defendants, <span style="color:red">STOP</span> and go to Count II. Otherwise, continue.]**

1(b).   That the defenses of (1) unclean hands or (2) the Florida Dealer Act's requirement for Hyundai to perform an audit bar Hyundai from recovering damages?

ANSWER:     [YES] _____ [NO] _____

**[If you answered "<u>YES</u>", <span style="color:red">STOP</span> and go to Count II. Otherwise, continue.]**

1(c).   If you answered "YES" for a Defendant in Question 1(a), please write the dollar amount, if any, that will fairly compensate Hyundai for injuries resulting from Count I.

AMOUNT:     _____

**If you answered "YES" for any Defendant in Question 1(a), do you find from <u>clear and convincing</u> evidence:**

1(d).   That Defendants below committed fraud actively and knowingly, or that Defendants below showed a conscious disregard or indifference to Hyundai's rights?

| | | |
|---|---|---|
| "Gene" Khaytin | [YES] _____ | [NO] _____ |
| "Eddie" Napleton | [YES] _____ | [NO] _____ |
| "Geo" Pelayo | [YES] _____ | [NO] _____ |
| "Ernie" Revuelta | [YES] _____ | [NO] _____ |
| Jorge Ruiz | [YES] _____ | [NO] _____ |

**[If you answered "NO", <span style="color:red">STOP</span> and go to Count II. Otherwise, continue.]**

1(e).   If you answered "YES" for any Defendant in Question 1(d), please write the dollar amount, if any, that will punish those Defendants and deter others.

AMOUNT:     _____

1

## COUNT II: Civil Racketeer Influenced and Corrupt Organization ("RICO") Act

**Do you find from a preponderance of the evidence:**

2(a).  That Defendants below operated or managed an interest in a criminal enterprise through a pattern of racketeering activity with the intent to defraud Hyundai?

| | | |
|---|---|---|
| "Gene" Khaytin | [YES] _____ | [NO] _____ |
| "Eddie" Napleton | [YES] _____ | [NO] _____ |
| "Geo" Pelayo | [YES] _____ | [NO] _____ |
| "Ernie" Revuelta | [YES] _____ | [NO] _____ |
| Jorge Ruiz | [YES] _____ | [NO] _____ |
| EFN West Palm | [YES] _____ | [NO] _____ |

**[If you answered "NO" for all Defendants, STOP and go to Count V (skip Count III and Count IV). Otherwise, continue.]**

2(b).  That "Eddie" Napleton's conduct was as an agent of EFN West Palm.

ANSWER:    [YES] _____ [NO] _____

**[If you answered "YES", STOP and go to Count V (skip Count III and Count IV). Otherwise, continue.]**

2(c).  If you answered "YES" for more than one Defendant in Question 2(a), please write the dollar amount, if any, that will fairly compensate Hyundai for injuries resulting from Count II.

AMOUNT:    _____

2

**<u>COUNT III: Civil RICO Conspiracy</u>**
**[Skip this if you <span style="color:red">STOPPED</span> and did not finish Count II (RICO)]**

**Do you find from a preponderance of the evidence:**

3(a).   That Defendants below intentionally conspired and agreed to operate or manage an interest in a criminal enterprise through a pattern of racketeering activity with the intent to defraud Hyundai?

| | | |
|---|---|---|
| "Gene" Khaytin | [YES] _____ | [NO] _____ |
| "Eddie" Napleton | [YES] _____ | [NO] _____ |
| "Geo" Pelayo | [YES] _____ | [NO] _____ |
| "Ernie" Revuelta | [YES] _____ | [NO] _____ |
| Jorge Ruiz | [YES] _____ | [NO] _____ |
| EFN West Palm | [YES] _____ | [NO] _____ |

**[If you answered "NO" for <u>all</u> Defendants, <span style="color:red">STOP</span> and go to Count V. Otherwise, continue.]**

3(b).   If you answered "YES" for <u>more than one</u> Defendant in Question 3(a), please write the dollar amount, if any, that will fairly compensate Hyundai for injuries resulting from Count III.

AMOUNT:     _____

3

## COUNT IV: Tortious Interference

**This Count has been intentionally omitted.**

**COUNT V: Civil Conspiracy**
**[Skip this if you STOPPED and did not finish Count I (Fraud)]**

**Do you find from a preponderance of the evidence:**

5(a).   That two or more of the Defendants below conspired to commit fraud against Hyundai?

| | | |
|---|---|---|
| "Gene" Khaytin | [YES] _____ | [NO] _____ |
| "Eddie" Napleton | [YES] _____ | [NO] _____ |
| "Geo" Pelayo | [YES] _____ | [NO] _____ |
| "Ernie" Revuelta | [YES] _____ | [NO] _____ |
| Jorge Ruiz | [YES] _____ | [NO] _____ |

**[If you answered "NO" for all Defendants, STOP and go to West Palm's counterclaims. Otherwise, continue.]**

5(b).   If you answered "YES" for more than one Defendant in Question 5(a), please write the dollar amount, if any, that will fairly compensate Hyundai for injuries resulting from Count V.

AMOUNT:   _____

**If you answered "YES" for any Defendant in Question 5(a), do you find from clear and convincing evidence:**

5(c).   That Defendants below conspired to commit fraud actively and knowingly, or that Defendants below showed a conscious disregard or indifference to Hyundai's rights?

| | | |
|---|---|---|
| "Gene" Khaytin | [YES] _____ | [NO] _____ |
| "Eddie" Napleton | [YES] _____ | [NO] _____ |
| "Geo" Pelayo | [YES] _____ | [NO] _____ |
| "Ernie" Revuelta | [YES] _____ | [NO] _____ |
| Jorge Ruiz | [YES] _____ | [NO] _____ |

**[If you answered "NO", STOP and go to West Palm's counterclaims. Otherwise, continue.]**

5(d).   If you answered "YES" for any Defendant in Question 5(c), please write the dollar amount, if any, that will punish those Defendants and deter others.

AMOUNT:   _____

5

## VERDICT FORM REGARDING WEST PALM'S COUNTERCLAIMS

### <u>COUNT I: Hyundai's unfair allocation system</u>

1(a).   Do you find that EFN West Palm made a prima facie showing that Hyundai's system of new car allocation was unfair, inequitable, unreasonably discriminatory, <u>or</u> not supportable by reason and good cause?

        ANSWER: [YES] _____   [NO] _____

**[If you answered "NO", <span style="color:red">STOP</span> and move to Count II. Otherwise, continue.]**

**Do you find from a preponderance of the evidence that Hyundai proved:**

1(b).   That Hyundai's system of new car allocation was fair, equitable, not unreasonably discriminatory, <u>and</u> supportable by reason and good cause?

        ANSWER: [YES] _____   [NO] _____

**[If you answered "<u>YES</u>", <span style="color:red">STOP</span> and move to Count II. Otherwise, continue.]**

1(c).   Please write the amount, if any, that will fairly compensate EFN West Palm for injuries resulting from Count I. Please answer in dollars and cents.

        AMOUNT:   _____

## **COUNT II: Hyundai's failure to allocate new cars in reasonable quantities**

2(a).    Do you find that EFN West Palm made a prima facie showing that Hyundai delayed, refused, or failed to provide a supply of new cars in reasonable quantities to EFN West Palm?

ANSWER: [YES] _____ [NO] _____

**[If you answered "NO", STOP and move to Count III. Otherwise, continue.]**

**Do you find from a preponderance of the evidence that Hyundai proved:**

2(b).    That Hyundai's actions <u>did not</u> result in any delay, refusal, or failure to provide a supply of new cars in reasonable quantities to EFN West Palm?

ANSWER: [YES] _____ [NO] _____

**[If you answered "<u>YES</u>", STOP and move to Count III. Otherwise, continue.]**

2(c).    Please write the amount, if any, that will fairly compensate EFN West Palm for injuries resulting from Count II. Please answer in dollars and cents.

AMOUNT:    _____

<u>**COUNT III: Hyundai's failure to timely deliver enough new cars**</u>

3(a).   Do you find that EFN West Palm made a prima facie showing that Hyundai refused to deliver, in reasonable quantities and within a reasonable time, new cars to EFN West Palm?

ANSWER: [YES] _____   [NO] _____

**[If you answered "NO", <span style="color:red">STOP</span> and sign the next page. Otherwise, continue.]**

**Do you find from a preponderance of the evidence that Hyundai proved:**

3(b).   That Hyundai's actions <u>did not</u> result in any refusal to deliver, in reasonable quantities and within a reasonable time, new cars to EFN West Palm?

ANSWER: [YES] _____   [NO] _____

**[If you answered "<u>YES</u>", <span style="color:red">STOP</span> and sign the next page. Otherwise, continue.]**

3(c).   Please write the amount, if any, that will fairly compensate EFN West Palm for injuries resulting from Count III. Please answer in dollars and cents.

AMOUNT:   _____

8

*Please have the foreperson sign this verdict form.*

SO SAY WE ALL

_____
Foreperson

Dated: _____