UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 20-82102-Civ-MATTHEWMAN

HYUNDAI MOTOR AMERICA
CORPORATION,

     Plaintiff,

vs.

EFN WEST PALM MOTOR SALES, LLC,

     Defendant.

_____/

FILED BY _____SW_____ D.C.

Jan 19, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## **FINAL JUDGMENT**

Pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, final judgment is entered as follows.

With respect to Counts I, II, III, and V of the Second Amended Complaint [DE 144] and based on the jury's Verdict [DE 532], Final Judgment is hereby entered in favor of Defendants EFN West Palm Motor Sales, LLC, Gene Khaytin, Ernesto Revuelta, Edward W. Napleton, Geovanny Pelayo, and Jorge Ruiz, and against Plaintiff Hyundai Motor America Corporation. Plaintiff Hyundai Motor America Corporation shall take nothing from Defendants as to Counts I, II, III, and V. Further, Plaintiff abandoned Count IV of the Second Amended Complaint at trial and, therefore, Count IV is dismissed with prejudice. Plaintiff Hyundai Motor America Corporation shall take nothing from Defendants as to Count IV.

With respect to Counterclaims I, II, and III of the Amended Counterclaims and Third-Party Complaint [DE 318] and based on the jury's Verdict [DE 532], Final Judgment is hereby entered in favor of Counter-Defendant Hyundai Motor America Corporation and against Counter-Plaintiff

EFN West Palm Motor Sales, LLC. Counter-Plaintiff EFN West Palm Motor Sales, LLC, shall take nothing from Counter-Defendant Hyundai Motor America Corporation as to Counterclaims I, II, and III.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 19th day of January 2023.

WILLIAM MATTHEWMAN
United States Magistrate Judge