UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No. 20-82102-MATTHEWMAN

HYUNDAI MOTOR AMERICA
CORPORATION,

      Plaintiff,

vs.

EFN WEST PALM MOTOR SALES,
LLC, *et al.*,

      Defendants.

_____/

### ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION FOR ENTITLEMENT TO AN AWARD OF PARTIAL ATTORNEY'S FEES AND COSTS BASED ON PLAINTIFF'S SPOLIATION OF EVIDENCE [DE 599] AND ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon Defendants, EFN West Palm Motor Sales, LLC d/b/a Napleton's West Palm Beach Hyundai, Edward W. Napleton, Gene Khaytin, Ernie Revuelta, Jorge Ruiz, and Geovanny Pelayo's ("Defendants") Motion for Entitlement to an Award of Partial Attorney's Fees and Costs Based on Plaintiff's Spoliation of Evidence ("Motion") [DE 599]. Plaintiff Hyundai Motor America Corporation ("Plaintiff") has filed a response [DE 602], and Defendants have filed a reply [DE 604]. This matter is now ripe for review.

On August 11, 2023, Plaintiff filed a Notice of Appeal [DE 616] in this case. Plaintiff is appealing the Final Judgment entered on January 19, 2023, as well as the Court's July 25, 2023 Order [DE 615]. While the attorney's fees and costs sought by Defendants allegedly stem from the

1

spoliation that occurred in this case, Defendants are seeking fees and costs through January 19, 2023—in other words, through the conclusion of the trial.

While the Court understands that this is not a routine motion for attorney's fees and costs, it is clear to the Court that the Motion should still be denied at this juncture without prejudice to Defendants' ability to renew and refile the Motion after the appeal has been resolved.

First, in the Court's prior Order Granting in Part and Denying in Part Defendants' Expedited Second Motion for Sanctions for Spoliation of Evidence against Plaintiff [DE 466], the Court reserved ruling on the request for attorney's fees and costs "until the conclusion of the jury trial set to begin on January 3, 2023." The Court did not wish to rule on the fees and costs issue until the entire case had been resolved. Now the entire case will not be resolved until the appellate court has ruled.

Second, Defendants' entitlement to fees and costs and the amount of those fees and costs are intertwined issues. For example, in Plaintiff's response, it states, "at minimum, any award of fees must be carefully confined to those fees and taxable costs that were actually substantively related to and necessitated by the spoliation (i.e., the amounts expended to litigate the spoliation issues, themselves), as the Supreme Court has instructed." [DE 16 at 16]. Thus, it would be illogical to rule on the Motion while an appeal is pending. If a portion of this case did have to be re-tried, that would clearly affect the universe of fees and costs at issue.

Therefore, in light of the pending appeal, and to conserve judicial and attorney resources, the Court exercises its discretion to deny the instant Motion without prejudice and allow Defendants to renew and refile it after the appeal has been resolved. *See e.g., Democratic Republic of the Congo v. Air Capital Group, LLC*, 12-20607-CIV, 2014 WL 12634405, at *1 (S.D. Fla. May

8, 2014) ("Here, in light of the pending appeal, the Court exercises its discretion to deny the instant [fees and costs] motions without prejudice and allow the parties to refile after the appeal has been resolved."); *Chavez v. Mercantil Commercebank, N.A.*, 10-CV-23244, 2012 WL 12861093, at *3 (S.D. Fla. Aug. 20, 2012) (denying fees and costs motions without prejudice because, "by deferring ruling, the Court conserves judicial resources").

    Based on the foregoing, it is hereby **ORDERED** as follows:

1. Defendants' Motion [DE 599] is **DENIED WITHOUT PREJUDICE** as stated in this Order. Defendants may renew and refile the motion within 30 days of the issuance of the Eleventh Circuit's mandate.

2. Additionally, as there are no remaining pending motions and a Notice of Appeal has been filed, the Clerk of Court is **DIRECTED** to **CLOSE** this case.

    **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 15th day of August, 2023.

WILLIAM MATTHEWMAN
United States Magistrate Judge

3