# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 16, 2023



Mallory M. Acheson
Nelson Mullins Riley & Scarborough, LLP
1 NASHVILLE PLACE 150 4th AVE N STE 1100
NASHVILLE, TN 37219

James Andrew Bertron Jr.
Nelson Mullins Broad and Cassel - Tallahassee
215 S MONROE ST STE 400
TALLAHASSEE, FL 32301

Ginger B. Boyd
Nelson Mullins Riley & Scarborough, LLP
215 S MONROE ST STE 400
TALLAHASSEE, FL 32301

Megan K. Bradley
U.S. District Court
111 N ADAMS ST
RM 500
TALLAHASSEE, FL 32301

Loren William Fender
Stone Glass & Connolly LLP
18001 OLD CUTLER RD STE 457
PALMETTO BAY, FL 33157

Raquel Fernandez
Bilzin Sumberg
1450 BRICKELL AVE STE 2300
MIAMI, FL 33131

Christopher C. Genovese
Nelson Mullins Riley & Scarborough, LLP
1320 MAIN ST FL 17
COLUMBIA, SC 29201

S. Keith Hutto
Nelson Mullins Riley & Scarborough, LLP
1320 MAIN ST FL 17
COLUMBIA, SC 29201

Jonathan M. Knicely
Nelson Mullins Riley & Scarborough, LLP
1320 MAIN ST FL 17
COLUMBIA, SC 29201

Kevin Joseph Malloy
Bowman & Brooke, LLP
1441 MAIN ST STE 1200
COLUMBIA, SC 29201-3268

Todd K. Norman
Nelson Mullins
390 N ORANGE AVE STE 1400
ORLANDO, FL 32801

Robert John Rudock
Bowman & Brooke, LLP
2 ALHAMBRA PLZ STE 800
CORAL GABLES, FL 33134

Shalia Sakona
Bilzin Sumberg
1450 BRICKELL AVE STE 2300
MIAMI, FL 33131

Joel H Smith
Bowman & Brooke, LLP
1441 MAIN ST STE 1200
COLUMBIA, SC 29201-3268

Mitchell Edward Widom
Bilzin Sumberg
1450 BRICKELL AVE STE 2300
MIAMI, FL 33131

Appeal Number:  23-12657-A
Case Style:  Hyundai Motor America Corporation v. EFN West Palm Motor Sales, LLC, et al
District Court Docket No:  9:20-cv-82102-WM

**CIVIL DOCKETING NOTICE**

The above-referenced appeal has been docketed in this Court. All documents filed in this appeal must include the Case Style and Appeal Number shown above.

Appellant Requirements
Unless the following requirements have already been satisfied, **within 14 days of the date of this notice the appellant MUST:**

1. Pay to the **District Court** the Filing Fee **OR** File a Motion to Proceed In Forma Pauperis (IFP) in the district court. See FRAP 3(e), FRAP 24.

   *If the filing fee is not paid and a motion to proceed IFP has not been filed in the district court within 14 days of the date of this notice, this appeal will be dismissed without further notice pursuant to 11th Cir. R. 42-1(b).*

   *If the district court has denied the appellant IFP status on appeal, the appellant has 30 days from the date of the district court's order to file an IFP motion in this Court. See FRAP 24(a)(5).*

2. File in this Court **AND** in the district court a Transcript Order Form **OR** file a certificate in this Court stating no transcripts will be ordered. See FRAP 10(b)(1), 11th Cir. R. 10-1. (Not applicable in certain bankruptcy appeals. See FRAP 6(b)).

   *If no transcripts are ordered, appellant's brief is due 40 days after* **08/15/2023**, *except as otherwise provided by the rules. See 11th Cir. Rules 12-1 and 31-1.*

3. File a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). See 11th Cir. R. 26-1(a)(1).

4. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

5. File a Civil Appeal Statement (attorneys only). See 11th Cir. R. 33-1(a)(3).

Mediation
If a Civil Appeal Statement is required to be filed and the appeal is fully counseled on all sides, your appeal will be reviewed and considered for mediation. Mediation services are at no cost to the parties. If no Civil Appeal Statement is required or you or any party to the appeal is self-represented or *pro se* then the appeal is not eligible for mediation. See 11th Cir. R. 33-1.

Appellee Requirements
Unless the following requirements have already been satisfied, **within 28 days of the date of this notice, all appellees participating in this appeal MUST:**

1. File a CIP or a notice. See 11th Cir. R. 26.1-1(a)(3).

    2. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

Attorney Participation
All attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an Appearance of Counsel Form within 14 days of the date of this notice. See 11th Cir. R. 46-6(b). Please also see FRAP 46 and the corresponding circuit rules.

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. See 11th Cir. R. 25-7.

Additional Information
Rules, forms, and additional information, including a handbook for pro se litigants, can be found at www.ca11.uscourts.gov.

Clerk's Office Phone Numbers
| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

                                                                    CIVIL - Notice of Docketing

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:20-cv-82102-WM

HYUNDAI MOTOR AMERICA
CORPORATION,

 Plaintiff,

v.

EFN WEST PALM MOTOR SALES, LLC, GENE KHAYTIN; ERNESTO REVEULTA; EDWARD W. NAPLETON; GEOVANNY PELAYO; JORGE RUIZ,

 Defendants.

_____

### PLAINTIFF'S NOTICE OF APPEAL

 Pursuant to 28 U.S.C. § 1291 and Rule 4(a) of the Federal Rules of Appellate Procedure, notice is hereby given that Plaintiff, Hyundai Motor America Corporation, appeals to the United States Court of Appeals for the Eleventh Circuit from (1) the Order Denying HMA's Motion for New Trial Pursuant to Rule 59(a) and Denying HMA's Renewed Motion for Judgment as a Matter of Law as to Unclean Hands Defense entered on July 25, 2023 (DE 615) ("Order"); (2) the Final Judgment entered on January 19, 2023 (DE 536) ("Final Judgment"); and (3) all subsidiary rulings incorporated into the