UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CIVIL NO. 20-82102-MATTHEWMAN

HYUNDAI MOTOR AMERICA CORPORATION,

    Plaintiff,

vs.

EFN WEST PALM MOTOR SALES LLC, *et al.*,

    Defendants.

_____/

FILED BY_____SW_____D.C.

Mar 26, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

**AMENDED FINAL JUDGMENT**

Pursuant to Rules 15, 54, and 58 of the Federal Rules of Civil Procedure, Amended Final Judgment is entered as follows.

With respect to Counts I, II, III, and V of the Second Amended Complaint [DE 144] and based on the jury's Verdict [DE 532], Final Judgment is hereby entered in favor of Defendants EFN West Palm Motor Sales, LLC, Gene Khaytin, Ernesto Revuelta, Edward W. Napleton, Geovanny Pelayo, and Jorge Ruiz, and against Plaintiff Hyundai Motor America Corporation. Plaintiff Hyundai Motor America Corporation shall take nothing from Defendants as to Counts I, II, III, and V.

Plaintiff abandoned Count IV of the Second Amended Complaint at trial and, therefore, Count IV is dismissed with prejudice. Plaintiff Hyundai Motor America Corporation shall take nothing from Defendants as to Count IV.

With respect to Counterclaims I, II, and III of the Amended Counterclaims and Third-Party Complaint [DE 318] and based on the jury's Verdict [DE 532], Final Judgment is hereby entered in favor of Counter-Defendant Hyundai Motor America Corporation and against Counter-Plaintiff

EFN West Palm Motor Sales, LLC. Counter-Plaintiff EFN West Palm Motor Sales, LLC, shall take nothing from Counter-Defendant Hyundai Motor America Corporation as to Counterclaims I, II, and III.

Further, the Amended Counterclaim and Third-Party Complaint [DE 318] was amended pursuant to Rule 15 based on EFN West Palm Motor Sales, LLC's voluntary withdrawal and abandonment of Counterclaims IV, V, VI, VII, and VIII, which were dismissed with prejudice. [DE 629]. EFN West Palm Motor Sales, LLC shall take nothing from Hyundai Motor America Corporation as to Counterclaims IV, V, VI, VII, and VIII.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach, County, Florida, this 26th day of March, 2024.

WILLIAM MATTHEWMAN
United States Magistrate Judge